IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: October 23, 2009 |
| Court Reporter: Gwen Daniel | Time: 1/20 |

_____

Case No. 09-cv-01562-PAB

| Parties | Counsel: |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Stephanie Struble<br>Rita Byrnes Kittle |
| Applicant,<br>v. | |
| PATTERSON UTI DRILLING, | Susan Schaecher<br>Kenneth Stettner |
| Respondent. | Elisa Chen |

_____

SHOW CAUSE HEARING
_____

09:05 a.m.   COURT IN SESSION

Appearances of Counsel

Court's comments

09:08  Argument by Ms. Struble

09:21  Argument by Mr. Stettner

09:50  Rebuttal Argument by Ms. Struble

10:00  Court in Recess
10:25  Court in Session

The Court's findings and conclusions are entered on the record.

**ORDERED:** **1)** **Patterson UTI Drilling shall comply with the EEOC subpoena as limited in interpretation by the Commission at today's hearing.**

**2)** **The deadline for responding to the subpoena is December 23, 2009.**

10:50 a.m.   COURT IN RECESS
Hearing concluded