IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01562 PAB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Applicant,

v.

PATTERSON UTI DRILLING,

        Respondent.

---

**ORDER GRANTING MOTION TO EXTEND TIME FOR APPEAL**

---

      This matter comes before the Court on respondent Patterson UTI Drilling's Unopposed Motion to Extend Time for Appeal [Docket No. 27]. Pursuant to Fed. R. App. P. 4(a)(5)(A)(ii), respondent asks the Court for an extension of time to file a notice of appeal concerning the Court's oral ruling of October 23, 2009 enforcing the administrative subpoena in this case. Respondent requests a 30-day extension, which would make the deadline for any notice of appeal December 23, 2009.

      Rule 4(a)(5)(A)(ii) of the Federal Rules of Appellate Procedure allows the district court to extend the time to file a notice of appeal if a party shows "good cause."

      Respondent apparently assumes that it has a 30-day period in which to file its notice of appeal under Fed. R. App. P. 4(a)(1)(A). Given that an agency of the United States is a party to the case, it appears that respondent actually has 60 days. Fed. R. App. P. 4(a)(1)(B). However, in the event that Rule 4(a)(1)(B) does not apply, the Court

finds good cause and extends the deadline for the filing of a notice of appeal to December 23, 2009.  Wherefore, it is

**ORDERED** that respondent Patterson UTI Drilling's Unopposed Motion to Extend Time for Appeal [Docket No. 27] is granted.  Pursuant to Fed. R. App. P. 4(a)(5)(A)(ii), respondent may file any notice of appeal concerning the Court's oral ruling of October 23, 2009 on or before December 23, 2009.

DATED November 24, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge