IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01562-PAB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Applicant,

v.

PATTERSON UTI DRILLING,

        Respondent.

## INDICATIVE RULING

This matter comes before the Court on the Joint Motion for Indicative Ruling [Docket No. 38], wherein Applicant Equal Employment Opportunity Commission ("EEOC") and Respondent Patterson UTI Drilling seek an Indicative Ruling under Fed. R. Civ. P. 62.1 and Fed. R. App. P. 12.1.  The Court, having reviewed the Joint Motion for Indicative Ruling and the exhibits thereto describing the proposed relief, states that, if this Court had jurisdiction to consider a motion for relief from its Order of October 23, 2009 in this matter, the Court would grant the motion and relieve Patterson UTI Drilling from the October 23, 2009 Order and instead issue an order to Patterson UTI Drilling to produce documents pursuant to the agreement described in Exhibit A to the parties' Joint Motion as compliance with the EEOC's subpoena.

DATED December 16, 2010.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge