IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01562-PAB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Applicant,

v.

PATTERSON UTI DRILLING,

    Respondent.
_____

**ORDER**
_____

This matter is before the Court on the parties' joint motion pursuant to Federal Rule of Civil Procedure 60(b) [Docket No. 41]. On October 23, 2009, the Court ordered respondent Patterson UTI Drilling to comply with the Equal Employment Opportunity Commission ("EEOC") subpoena as limited in interpretation by the EEOC at the October 23, 2009 show cause hearing and set a deadline for such compliance [Docket No. 20]. Respondent appealed that order to the United States Court of Appeals for the Tenth Circuit [Docket No. 31].

On December 16, 2010, the Court resolved [Docket No. 39] the parties' joint motion for indicative ruling [Docket No. 38]. In the indicative ruling, the Court stated that, if this Court had jurisdiction to consider a motion for relief from the Court's October 23, 2009 order in this matter, the Court would grant the motion and relieve Patterson UTI Drilling from the October 23 order and instead issue an order to Patterson UTI

Drilling to produce documents pursuant to the agreement described in Exhibit A to the parties' joint motion for indicative ruling [Docket No. 38-1].  On December 22, 2010, the Tenth Circuit remanded this case "for the limited purpose of entering a decision on the pending joint Rule 60(b) motion."  Docket No. 40 at 1-2.  On January 3, 2011, the parties filed their Joint Rule 60(b) Motion [Docket No. 41].  The Court having considered the joint motion and being fully apprised of its premises, it is

**ORDERED** that the parties' joint motion pursuant to Federal Rule of Civil Procedure 60(b) [Docket No. 41] is GRANTED.  It is further

**ORDERED** that Patterson UTI Drilling is relieved from the October 23, 2009 order in this matter enforcing the EEOC's subpoena as limited by the EEOC at the show cause hearing and setting a deadline for Patterson UTI Drilling's response.  It is further

**ORDERED** that Patterson UTI Drilling shall make the production described in Exhibit A to the joint motion [Docket No. 41-1] as compliance with the EEOC's subpoena.

DATED January 3, 2011.

BY THE COURT:

s/ Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge