IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01562-PAB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Applicant,

v.

PATTERSON UTI DRILLING,

    Respondent.

_____

**ORDER**
_____

    This matter is before the Court *sua sponte* on a review of the docket. Applicant Equal Employment Opportunity Commission ("EEOC") initiated this action by filing an application for an order to show cause why an administrative subpoena should not be enforced [Docket No. 1]. On October 23, 2009, the Court ordered respondent Patterson UTI Drilling ("Patterson") to comply with the EEOC subpoena as limited in interpretation by the EEOC at the October 23, 2009 show cause hearing and set a deadline for such compliance [Docket No. 20]. Respondent appealed that order to the United States Court of Appeals for the Tenth Circuit [Docket No. 31].

    On December 16, 2010, this Court resolved [Docket No. 39] the parties' joint motion for indicative ruling pursuant to Federal Rule of Civil Procedure 62.1 [Docket No. 38]. In the indicative ruling, the Court stated that, if this Court had jurisdiction to consider a motion for relief from the Court's October 23, 2009 order in this matter, the

Court would grant the motion and relieve Patterson from the October 23 order and instead issue an order to Patterson to produce documents pursuant to the agreement described in Exhibit A to the parties' joint motion for indicative ruling [Docket No. 38-1]. On December 22, 2010, the Tenth Circuit remanded this case "for the limited purpose of entering a decision on the pending joint Rule 60(b) motion." Docket No. 40 at 1-2. On January 3, 2011, the parties filed their Joint Rule 60(b) Motion [Docket No. 41]. On January 3, 2011, the Court issued an order [Docket No. 42] granting the Rule 60 motion, relieving Patterson from the obligations of the October 23 order and ordering it to make the production described in Exhibit A to the Rule 60 motion [Docket No. 41-1] as compliance with the EEOC's subpoena. As a consequence, the Tenth Circuit dismissed the appeal [Docket No. 43].

The parties' agreement contemplates this Court retaining jurisdiction "over the terms of this agreement," Docket No. 41-1 at 3, ¶ 11(d), which require Patterson to produce the agreed upon information within fifteen days of the Court's granting of the Rule 60 motion. *See* Docket No. 41-1 at 3, ¶ 11(c). The fifteen-day period has passed. Therefore, it is

**ORDERED** that, on or before **5:00 p.m.** on **February 11, 2011**, the parties shall file a status report or stipulation of dismissal.

DATED February 4, 2011.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge